IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

TIMETHY MARRUGO

No. **2-22CR0105-Z**

INDICTMENT

U.S DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 27 2022

CLERK. U.S. DISTRICT COURT
By _____
Deputy

The Grand Jury Charges:

Count One
Distribution and Possession with Intent
to Distribute Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about June 24, 2022, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Timethy Marrugo**, defendant, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**Timethy Marrugo**
**Indictment - Page 1**

<u>Count Two</u>
Distribution and Possession with Intent
to Distribute Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about June 30, 2022, in the Amarillo Division of the Northern District of

Texas, and elsewhere, **Timethy Marrugo**, defendant, did knowingly and intentionally

distribute and possess with intent to distribute a mixture and substance containing a

detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C),

Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640

(1946).

<u>Count Three</u>
Distribution and Possession with Intent
to Distribute Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about July 13, 2022, in the Amarillo Division of the Northern District of

Texas, and elsewhere, **Timethy Marrugo**, defendant, did knowingly and intentionally

distribute and possess with intent to distribute a mixture and substance containing a

detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C),

Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640

(1946).

A TRUE BILL:

*Brylee Daniel*
FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

*Anna Marie Bell*
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:    806-324-2356
Facsimile:     806-324-2399
E-Mail:         anna.bell@usdoj.gov

**Timethy Marrugo**
**Indictment - Page 3**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

TIMETHY MARRUGO

INDICTMENT

COUNT 1:      DISTRIBUTION AND POSSESSION WITH INTENT TO
              DISTRIBUTE METHAMPHETAMINE
              Title 21, United States Code, Sections 841(a)(1) and
              841(b)(1)(C).

COUNT 2:      DISTRIBUTION AND POSSESSION WITH INTENT TO
              DISTRIBUTE METHAMPHETAMINE
              Title 21, United States Code, Sections 841(a)(1) and
              841(b)(1)(C).

COUNT 3:      DISTRIBUTION AND POSSESSION WITH INTENT TO
              DISTRIBUTE METHAMPHETAMINE
              Title 21, United States Code, Sections 841(a)(1) and
              841(b)(1)(C).

(3 COUNTS)

A true bill rendered:

Amarillo                                _Brylee Darrell_ Foreperson

Filed in open court this ___27th___ day of __October__ A.D. 2022.

_____ Clerk

DEFENDANT IN FEDERAL CUSTODY
(Complaint filed on 10/4/2022 – 2:22-MJ-186)

_____
UNITED STATES MAGISTRATE JUDGE