✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| NORTHERN | DISTRICT OF | TEXAS |

USA

V.

TIMETHY MARRUGO

**EXHIBIT AND WITNESS LIST**

Case Number: 2:22-CR-105-Z-BR-(1)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Kacsmaryk | AnnaMarie Bell | Michael King |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 06/06/2023 | M. Daniel | V. Shrewsbury |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 6/6/2023 | X | X | Exhibit A - Sealed Document |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

[Print]  [Save As...]  [Export as FDF]  [Retrieve FDF File]  [New Page]  [Reset]